# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1228 | **DATE** | 2/25/2010 |
| **CASE TITLE** | Wietek, et al. vs. Kerzner Intl. Bahamas Ltd., et al. | | |

**DOCKET ENTRY TEXT**

The complaint in this case, filed in this court based on diversity of citizenship, does not identify the state of citizenship of each plaintiff (as opposed to "residence," which is not necessarily the same thing); it does not completely describe the citizenship of each of the corporate defendants (nor does it say as to each whether it is a corporation or some other form of entity); and it says nothing about the citizenship of the "unincorporated entity" named as a defendant. Plaintiff is directed to file, by 3/14/10, an amended complaint curing these jurisdictional defects. If plaintiff fails to do so, the Court may be required to dismiss the case for lack of federal subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|